UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
JUL 17 2017

| | |
|---|---|
| COURTNEY RICHMOND,<br><br>Plaintiff,<br><br>vs.<br><br>BACKYARD SPECIALTY FOODS,<br><br>Defendants. | 4:17-CV-04074-LLP<br><br>JUDGMENT |

Pursuant to the Order Dismissing the Case without prejudice, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant and against plaintiff, Courtney Richmond, dismissing the case without prejudice.

Dated July 17, 2017.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk
By_____, Deputy